MARY GLOWACKI v. PEPSI-COLA EQUIPMENT CORP.

January 18, 1973. Petition for certification denied.

GIACOMO ZANCHI v. S. & K. CONSTRUCTION CO.

January 18, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. JON MARTIN ROTH.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. J. C. LITTLEJOHN.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES FRANK KNIGHT.

January 18, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. RICHARD DORSEY.

January 18, 1973. Petition for certification granted.